UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>LEWIS SNOOTS    )<br>_____ ) | CASE NO. 1:23-mj-222 (RMM) |

### NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for the defendant, Lewis Snoots, pursuant to the Court's appointment under the Criminal Justice Act (CJA).

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Lewis Snoots

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 14th day of September, 2023.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper